# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| AIRE TECHNOLOGY LTD., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Case No.  6:21-cv-01101-ADA <br><br> **JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

Plaintiff Aire Technology Ltd. ("Aire") requests that the Court permit withdrawal of Russ August & Kabat LLP as counsel of record and substitute the following attorneys as counsel of record:

> Brett E. Cooper (NY SBN 4011011)
> bcooper@bc-lawgroup.com
> Seth R. Hasenour (TX SBN 24059910)
> shasenour@bc-lawgroup.com
> Drew B. Hollander (NY SBN 5378096)
> dhollander@bc-lawgroup.com
>
> **BC Law Group, P.C.**
> 200 Madison Avenue, 24th Floor
> New York, NY 10016
> 516-359-9668 (Tel.)

This motion is filed with the agreement of counsel and Aire, as set forth in the proposed orders attached hereto.  Defendant Apple Inc. does not oppose the motion.

Dated:  September 13, 2022                    Respectfully submitted,

                                                                          By: */s/ Brett Cooper*

                                                                          Brett E. Cooper

>(NY SBN 4011011)
>bcooper@bc-lawgroup.com
>Seth Hasenour
>(TX SBN 24059910)
>shasenour@bc-lawgroup.com
>Drew B. Hollander
>(NY SBN 5378096)
>dhollander@bc-lawgroup.com
>
>**BC LAW GROUP, P.C.**
>200 Madison Avenue, 24th Floor
>New York, NY 10016
>Phone: (516) 359-9968
>
>*Attorneys for Plaintiff Aire Technology Ltd.*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel has complied with the meet and confer requirement and this motion is unopposed.

>*/s/ Brett Cooper*
>Brett E. Cooper

## CERTIFICATE OF SERVICE

I certify that this document is being served upon counsel of record for Defendant on September 13, 2022 via electronic service.

>*/s/ Brett Cooper*
>Brett E. Cooper