UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| AIRE TECHNOLOGY LTD.,<br><br>              Plaintiff,<br><br>      v.<br><br>APPLE INC.,<br><br>              Defendant. | Case No.  6:21-cv-01101-ADA<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING AIRE'S MOTION TO
WITHDRAW AND SUBSTITUTE COUNSEL**

Upon consideration of Plaintiff Aire's Unopposed Motion to Withdraw and Substitute Counsel, the Court is of the opinion that the Motion should be granted.

IT IS THEREFORE ORDERED that Russ August & Kabat LLP is withdrawn as counsel of record and substituted with BC Law Group, P.C.

SIGNED on this _____ day of _____, 2022.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE